IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| E'MANN COMICHI, | § | |
|     Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:25-cv-512-P** |
| OFFICER INGRID A. PETHEL, et al., | § | **JURY DEMANDED** |
|     Defendants. | § | |

## THE EULESS DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Defendants, Ingrid A. Pethel, Brian S. Lord, Wesley R. Hamilton, and William M. Norwood (collectively, the "Euless Defendants"), named Defendants in the above-entitled and numbered civil action, and make and file this Rule 12(b)(6) Motion to Dismiss. In accordance with Local Rule 7.2, the Euless Defendants' Brief in Support of its Rule 12(b)(6) Motion to Dismiss is filed contemporaneously herewith.

Respectfully submitted,

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ALYSSA M. BARRENECHE**
State Bar No. 24040607
*abarreneche@drmlawyers.com*
**D. RANDALL MONTGOMERY**
  **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Telecopy)

**ATTORNEYS FOR**
**THE EULESS DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on this the ___14th___ day of July, 2025.


*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**