## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| E'MANN COMICHI, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:25-cv-512-P** |
| | § | **JURY DEMANDED** |
| OFFICER INGRID A. PETHEL, et al., | § | |
| Defendant. | § | |

## ORDER GRANTING THE EULESS DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS

CAME ON this day to be heard Defendants, Ingrid A. Pethel, Brian S. Lord, Wesley R. Hamilton, and William M. Norwood's Rule 12(b)(6) Motion to Dismiss (the "Euless Defendants' Motion"). The Court upon consideration of the pleadings, including specifically the Euless Defendants' Motion and any timely filed responsive pleading, is of the opinion that the Euless Defendants' Motion should be **GRANTED**.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED**, that the Euless Defendants' Rule 12(b)(6) Motion to Dismiss is granted, and the Court dismisses the entirety of Plaintiff's claims against these Defendants with prejudice.

Order – Page 1