**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **E'Mann Comichi,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **vs.** | § | **No. 4:25-cv-512** |
| | § | |
| **Officer Ingrid A. Pethel; Officer** | § | |
| **Brian S. Lord; Officer Wesley** | § | |
| **R. Hamilton; Detective William** | § | |
| **M. Norwood, B & B Wrecker** | § | |
| **Service, Inc.; and Bert Gibbons,** | § | |
| *Defendants.* | § | |

## PLAINTIFF'S RESPONSE TO EULESS DEFENDANTS' MOTION TO DISMISS

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff E'Mann Comichi, by and through undersigned counsel, respectfully submits this response to the motion to dismiss filed by Defendants Ingrid A. Pethel, Brian S. Lord, Wesley R. Hamilton, and William M. Norwood (**Dkt. Nos. 14 and 15**), and shows the Court as follows: Plaintiff opposes Defendants' Motion to Dismiss for the reasons outlined in the accompanying Brief in Support of Plaintiff's Response to Defendants' Motion to Dismiss, filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court deny the Euless Defendants' Motion to Dismiss in its entirety, or in the alternative grant leave to amend, and award such other relief as the Court deems just and proper.

Respectfully submitted,

**GRABLE PLLC**

*/s/ Brandon J. Grable*
**Brandon J. Grable**
Texas State Bar No. 24086983
brandon@grable.law
12451 Starcrest Dr., Ste. 206
San Antonio, Texas 78216
Telephone: (210) 963-5297
Facsimile: (726) 215-4765
**Lead Counsel for Plaintiff**


**-AND-**


**LAW OFFICES OF JASON SMITH**

**Jason C. Smith**
Texas State Bar No. 00784999
jasons@letsgotocourt.com
612 8th Ave.
Fort Worth, TX 76104
Telephone: (817) 334-0880
Facsimile: (817) 334-0898
**Local Counsel for Plaintiff**


## CERTIFICATE OF SERVICE

I hereby affirm that on this August 1, 2025, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service.


*/s/ Brandon J. Grable*
Brandon J. Grable