IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| E'MANN COMICHI, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-512-P |
| OFFICER INGRID A. PETHEL, et al., | § | JURY DEMANDED |
|     Defendant. | § | |

**REPLY BRIEF IN FURTHER SUPPORT OF THE EULESS DEFENDANTS'
RULE 12(B)(6) MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Defendants, Ingrid A. Pethel, Brian S. Lord, Wesley R. Hamilton, and William M. Norwood (collectively, the "Euless Defendants"), named Defendants in the above-entitled and numbered civil action, and make and file this Reply Brief in Further Support of their Rule 12(b)(6) Motion to Dismiss, showing unto the Court as follows:

**I.
ARGUMENT & AUTHORITIES**

Defendants stand on their arguments raised in their Brief in Support of Defendants' Rule 12(b)(6) Motion to Dismiss. No Fourth Amendment violation occurred. While Plaintiff argues that the arrest was based solely on the failure to identify, this ignores Supreme Court and Fifth Circuit precedent that Defendants may justify the arrest by showing probable cause **for any crime**. *See Devenpeck v. Alford*, 543 U.S. 146, 153, 125 S.Ct. 588, 160 L.Ed.2d 537 (2004)  (holding that because "an arresting officer's state of mind ... is irrelevant to the existence of probable cause," there is "no basis in precedent or reason" to require an officer to justify an arrest with reasons given at the scene); *see also Sam v. Richard*, 887 F.3d 710, 715–16 (5th Cir. 2018)(holding that justifying an arrest by pointing to probable cause for the misdemeanor of crossing an interstate highway was permissible even if it was "only an after-the-fact justification for the arrest").  Here,

REPLY BRIEF IN FURTHER SUPPORT OF THE EULESS DEFENDANTS'
RULE 12(b)(6) MOTION TO DISMISS – Page 1

probable cause existed for the offense of Interference with Public Duties. And when Plaintiff was asked to identify himself after being placed under arrest for Interference with Public Duties and refused to identify himself yet again,[1] then Defendants had probable cause to arrest him for Failure to Identify.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendants, Ingrid A. Pethel, Brian S. Lord, Wesley R. Hamilton, and William M. Norwood, respectfully pray that the Court grant their Rule 12(b)(6) Motion to Dismiss and dismiss Plaintiff's claims against them with prejudice, and for such other and further relief to which these Defendants may be entitled.

Respectfully submitted,

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ALYSSA M. BARRENECHE**
State Bar No. 24040607
*abarreneche@drmlawyers.com*
**D. RANDALL MONTGOMERY**
 **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Telecopy)

**ATTORNEYS FOR THE**
**EULESS DEFENDANTS**

---

[1] Plaintiff's Appendix at p. 8/A-007.

**REPLY BRIEF IN FURTHER SUPPORT OF THE EULESS DEFENDANTS'**
**RULE 12(b)(6) MOTION TO DISMISS – Page 2**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on this the ____11th____ day of August, 2025.

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**

**REPLY BRIEF IN FURTHER SUPPORT OF THE EULESS DEFENDANTS'**
**RULE 12(b)(6) MOTION TO DISMISS – Page 3**