UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**E'MANN COMICHI,**

Plaintiff,

v. **No. 4:25-cv-00512-P**

**INGRID A PETHEL, ET AL.,**

Defendants.

**ORDER**

Before the Court is B&B Wrecker Service, Inc. and Bert Gibbons' Unopposed Motion for Removal from ECF Service (ECF No. 39). Having considered the Motion, and relevant docket entries, the Court hereby **GRANTS** the Motion.

The Court orders that B&B Wrecker Service, Inc. and Bert Gibbons and their counsel of record, Christopher A. Brown, Roger C. Diseker, and Dylan J. Anderson be removed from ECF service in this case. B&B Wrecker Service, Inc. and Bert Gibbons were dismissed from this matter as part of settlement after oral argument at the Fifth Circuit, pursuant to the Court of Appeals' Order entered March 31, 2026 (ECF # 68-2 – COA filings, and ECF #32 – NDTX filings). Therefore, they are no longer parties or counsel in this case and should be removed from ECF service for this case.

**SO ORDERED** on this **27th day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE