IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

# Alternative Dispute Resolution Summary

**Provider must file a completed form, in duplicate, with the U.S. District Clerk within ten days of completion of the initial ADR session.**

1. Civil Action number: 4:25-CV-00512-P
2. Style of case: Comichi v. Pethel et al.
3. Nature of suit: 440 Civil Rights: Other Civil Rights
4. Method of ADR used: ✓ Mediation   Mini-Trial   Summary Jury Trial   Early Neutral Eval.
5. Date ADR session was held: 09/10/2026
6. Outcome of ADR *(Select one)*:

   Parties did not use my services.   Settled, in part, as a result of ADR.

   Settled as a result of ADR.   ✓ Parties were unable to reach settlement.

   Continuing to work with parties to reach settlement *(Note: provider must file a supplemental ADR Summary upon conclusion of his/her services.)*
7. What was your TOTAL fee: $5,000.00
8. Duration of ADR: Half day (*e.g.*, one day, two hours)
9. Please list persons in attendance (including party association, *e.g.*, defendant, plaintiff):

   E'Mann Comichi, Plaintiff
   Brandon Grable, Attorney for Plaintiff
   D. Randall Montgomery, Attorney for Defendants
   Tina Overstreet, Defendants' representative

***Please provide the names, addresses, and telephone number of counsel on the reverse of this form.***

10. Provider information:

/s/ Paul D. Stickney
Signature

9/17/2026
Date

12720 Hillcrest Road, Suite 1045, Dallas, Texas 75230
Address

682-313-9656
Telephone

# Alternative Dispute Resolution Summary

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Brandon Grable
Firm: Grable PLLC
Address: 12451 Starcrest Dr., Suite 206
San Antonio, Texas 78216
Phone: 210-963-5297

Name: D. Randall Montgomery
Firm: D Randall Montgomery & Assoc. PLLC
Address: 12400 Coit Road, Suite 560
Dallas, Texas 75251
Phone: 214-292-2600

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone: